IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID VAN VALKENBURG, | U.S.D.C. No. 3:14-cv-00916-BR |
| Plaintiff - Appellant, | U.S.C.A. No. 17-35203 |
| v. | |
| OREGON DEPARTMENT OF CORRECTIONS, | SATISFACTION OF JUDGMENT |
| Defendants - Appellees. | |

It is hereby acknowledged that the judgment entered on February 9, 2017, including all damages, attorney fees, other fees and costs, with interest on the same and each of them have been fully paid, satisfied, and discharged, pursuant to a settlement reflected in the Stipulated Voluntary Dismissed filed on September 20, 2017 and the order of dismissal entered on September 21, 2017.

Dated this 30th day of October, 2017.

_____
Of Attorneys for Plaintiff-Appellant

SUBSCRIBED AND SWORN to before me this 30 day of October, 2017.

_____
Notary Public for Oregon
My Commission Expires: 7-12-21

OFFICIAL STAMP
ROBIN LYNN HAGGARD
NOTARY PUBLIC-OREGON
COMMISSION NO. 964388
MY COMMISSION EXPIRES JULY 12, 2021

Page 1   SATISFACTION OF JUDGMENT
DGF:kw5\8585744

CERTIFICATE OF SERVICE

I certify that on November 3, 2017, I directed the original Satisfaction of Judgment to be electronically filed with the Clerk of the Court for the United States District Court for the District of Oregon by using the District Court CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the District Court CM/ECF system.

/s/ Denise G. Fjordbeck
DENISE G. FJORDBECK  #822578
Attorney-in-Charge
Civil/Administrative Appeals
denise.fjordbeck@doj.state.or.us

Attorney for Appellant
Oregon Department of Corrections